DOROTHY MAE BETH CHALMERS v.
GEORGE M. CHALMERS.

September 19, 1972. Certification to Superior Court, Chancery Division granted. (See 117 *N. J. Super.* 474).

JUSTIN C. HARRIS v. MAYOR AND BOARD OF COMMIS-
SIONERS, TOWNSHIP OF NORTH BERGEN.

September 19, 1972. Certification to Superior Court, Law Division granted.

CARIBE HILTON HOTEL v. MARVIN TOLAND.

September 19, 1972. Certification to Superior Court, Law Division granted.

OAKWOOD AT MADISON, INC. v.
TOWNSHIP OF MADISON.

September 19, 1972. Certification to Superior Court, Law Division granted. (See 117 *N. J. Super.* 11).

JOHN J. BROWN v. RONALD M. HEYMANN, COMMR.

September 26, 1972. Certification to Superior Court, Chancery Division granted.